AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON** (term 3/20/2023)
f/k/a Liberty Life Assurance Company of Boston;

**PROTECTIVE LIFE INSURANCE COMPANY**
(Term 3/20/2023);
        Plaintiff(s)

v.    **Civil Action No.**   4:22cv27

**MARQUITTA MEADE;**

**LESLEY MEADE;**

**LAURENCE MEADE;**

**LANCE MEADE;**

**MILLICENT MEADE;**

**MARTHA M. MEADE;**
Estate Defendant

        Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   The Clerk of Court is ORDERED to pay One Hundred Thirty-nine, Nine Hundred Eighty and 00/100 Dollars ($139,980.00) that it has been holding pursuant to the Order dated March 20, 2023 [DE 84] to the Estate of Martha M. Meade.  This case is CLOSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided  by Judge   Philip P. Simon on a Motion for Summary Judgment and Motion for Reconsideration.

DATE:   October 6, 2023                    CHANDA J. BERTA, CLERK OF COURT

                                           by            S/ J. Darrah
                                                *Signature of Clerk or Deputy Clerk*