AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Northern District of Indiana

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
*TERMINATED: 03/20/2023*
*formerly known as*
Liberty Life Assurance Company of Boston

PROTECTIVE LIFE INSURANCE COMPANY
*TERMINATED: 03/20/2023*
      Plaintiffs

           v.                          Civil Action No. 4:22-cv-27

MARQUITTA MEADE

LESLEY MEADE

LAURENCE MEADE

LANCE MEADE

MILLICENT MEADE

MARTHA M. MEADE
Estate Defendant
      Defendant(s)

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of _____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: <u>The Clerk of Court is ORDERED to pay One Hundred Thirty-nine, Nine Hundred Eighty and 00/100 Dollars ($139,980.00) that it has been holding pursuant to the Order dated March 20, 2023 [DE 84] plus interest at the rate of 5.44% per annum, to the Estate of Martha M. Meade.</u>

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Philip P. Simon on a Motion for Summary Judgment.

DATE: 10/11/2023             CHANDA J. BERTA, CLERK OF COURT

by_____s/N. Corle_____ _____
*Signature of Clerk or Deputy Clerk*